UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-572-CV-UNA/TURNOFF

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

100.00 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF MIAMI-DADE, STATE
OF FLORIDA; and JOHN V. CHRISTIE,
et al., and Unknown Others,

        Defendants.

_____/

TRACT NO. 144-49
EAST EVERGLADES

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation entered by United

States Magistrate Judge William C. Turnoff, on January 6, 2009 **[DE 46]**, on Plaintiff's Joint Motion

for the Entry of Stipulated Judgment as to Just Compensation **[DE 42]**. The Court has reviewed

the record. No Party has filed objections to the Magistrate Judge's Report and Recommendation.

After conducting a *de novo* review of the entire record, it is hereby **ORDERED AND**

**ADJUDGED** as follows:

(1)    Magistrate Judge Turnoff's Report and Recommendation **[DE 46]**, dated January

        6, 2009, is **ADOPTED AND RATIFIED** by the Court.

(2)    Plaintiff's Motion for the Entry of Stipulated Judgment as to Just Compensation **[DE**

        **42]** is **GRANTED**. The Stipulated Judgment as to Just Compensation shall be

        entered by separate order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this _6_ day of _February_

2009.

FEDERICO A. MORENO
Chief United States District Court Judge

cc:      Service List